THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Mario Hunter, Mario Hunter,
 
 
 
 
 

Appeal From Darlington County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2009-UP-530
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw,
 for Respondent.
 
 
 

PER CURIAM:  Mario Hunter appeals his convictions for
 first-degree burglary and petit larceny.  Hunter's counsel argues the trial
 court erred in admitting Hunter's statement because it was not voluntary. 
 Hunter filed a pro se brief arguing the trial court erred in denying his
 directed verdict motion.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.